UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 24  P 1: 59

U.S. DISTRICT COURT
DISTRICT OF MASS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
)
       Plaintiff, )
)
v. )  C.A. No. 05-10021 REK
)
)
MOSKOWITZ MOTOR TRANSPORTATION, )
INC., )
)
       Defendant, )
)

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Les Rosen, President, Moskowitz Motor Transportation, Inc. 1293 Norwich Road, Plainfield, CT 06374, on January 17, 2005, by United Parcel Service. A copy of the confirmed delivery is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 23rd day of February 2005.

_____
Nancy Deleon, Legal Secretary
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976



Home | About UPS | Contact UPS | Welcome Center

UPS United States

Shipping | Tracking | Support | Business Solutions

Tracking       Log-In  User ID:           Password:           | Forgot Password           Register

→ **Track by Tracking Number**
→ Track by Reference Number
→ Import Tracking Numbers
→ Track by E-mail
→ Access Quantum view
→ Void a Shipment
→ Help

 **Track by Tracking Number**

View Details



Find Answers to Your Tracking Questions

→ Go to Tracking Number FAQ

| | |
|---|---|
| Status: | Delivered |
| Delivered on: | Feb 17, 2005 10:59 A.M. |
| Signed by: | JARVIS |
| Location: | RECEPTION |
| Delivered to: | PLAINFIELD, CT, US |
| Shipped or Billed on: | Feb 16, 2005 |
| Tracking Number: | 1Z F17 8W4 22 1000 384 6 |
| Service Type: | NEXT DAY AIR |

Package Progress:

| Date/Time | Location | Activity |
|---|---|---|
| Feb 17, 2005 | | |
| 10:59 A.M. | BOZRAH, CT, US | DELIVERY |
| 10:11 A.M. | BOZRAH, CT, US | THE RECEIVER WAS UNAVAILABLE TO SIGN ON THE 1ST DELIVERY ATTEMPT. A 2ND DELIVERY ATTEMPT WILL BE MADE |
| 7:45 A.M. | BOZRAH, CT, US | OUT FOR DELIVERY |
| 7:23 A.M. | BOZRAH, CT, US | ARRIVAL SCAN |
| 6:21 A.M. | WINDSOR LOCKS, CT, US | DEPARTURE SCAN |
| 12:06 A.M. | WINDSOR LOCKS, CT, US | ARRIVAL SCAN |
| Feb 16, 2005 | | |
| 10:03 P.M. | WATERTOWN, MA, US | DEPARTURE SCAN |
| 9:12 P.M. | WATERTOWN, MA, US | ARRIVAL SCAN |
| 8:57 P.M. | BOSTON, MA, US | DEPARTURE SCAN |
| 8:01 P.M. | US | BILLING INFORMATION RECEIVED |
| 6:54 P.M. | BOSTON, MA, US | ORIGIN SCAN |
| 3:22 P.M. | BOSTON, MA, US | PICKUP SCAN |

Tracking results provided by UPS: Feb 22, 2005 3:48 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

← Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.