UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER ) <br> of the NEW ENGLAND TEAMSTERS AND ) <br> TRUCKING INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MOSKOWITZ MOTOR TRANSPORTATION, ) <br> INC., ) <br> ) <br> Defendant, ) <br> _____ ) | C.A. No. 05-10021REK |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant Moskowitz Motor Transportation in the above-captioned action. Defendants were served with the complaint and summons on February 17, 2005.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: August 10, 2005                     Respectfully submitted,

                                           Catherine M. Campbell
                                           BBO #549397
                                           Fienberg, Campbell & Zack, P.C.
                                           177 Milk Street
                                           Boston, MA 02109
                                           (617) 338-1976


                                           /s/ Catherine M. Campbell_____
                                           Attorney for Plaintiff
                                           Charles Langone, Fund Manager

<u>Certificate of Service</u>

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Les Rosen, President, Moskowitz Motor Transportation, Inc., 1293 Norwich Road, Plainfield, CT 06374.

                                        <u>/S/ Catherine M. Campbell</u>
                                        Catherine M. Campbell