UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Charles Langone                                                                CIVIL ACTION
                 Plaintiff
                                                        NO. 05-10021-REK
         V.

Moskowitz Motor Transportation, Inc.
                 Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff,   Charles Langone

for an order of Default for failure of the Defendant,   Moskowitz Motor

Transportation, Inc.   , to plead or otherwise defend as provided by

Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the

Defendant has been defaulted this  16th  day of   August  , 2005  .

                                                      SARAH THORNTON, CLERK

                                            By:    /s/ Karen Folan
                                                       Deputy Clerk

Notice mailed to:
Moskowitz Motor Transportation, Inc.
1293 Norwich Road
Plainfield, CT  06374