UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>      Plaintiff,<br><br>v.<br><br>MOSKOWITZ MOTOR TRANSPORTATION, INC.,<br><br>      Defendant, | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-10021REK<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT

Plaintiff respectfully moves upon his attached Declaration pursuant to Federal Rule of Civil Procedure 55(b)(1) for entry of judgment by the Clerk in the amount of $65,366.35. In support of his motion, Plaintiff states as follows:

    1.    Defendant neither filed an answer nor served a responsive pleading in this action and, accordingly, was defaulted on August 16, 2005.

    2.    This is an action under the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq*. for unpaid pension contributions. Pursuant to ERISA § 515, 29 U.S.C. § 1145, and ERISA § 502, 29 U.S.C. § 1132(g), the following elements of relief are mandatory for failure to make pension contributions:

    (a)    the unpaid contributions,
    (b)    the interest on the unpaid contributions,
    (c)    an amount equal to the greater of--
        (i)    interest on the unpaid contributions, or
        (ii)    liquidated damages provided for under the plan in an amount not in excess of 20 percent (or such higher percentage as may be permitted under Federal or State law) of the amount determined by the court under subparagraph (a),
    (d)    reasonable attorney's fees and costs of the action, to be paid by the defendant, and

(e) such other legal or equitable relief as the court deems appropriate.

3. Defendant in this action became liable pursuant to Fund payroll audits including late charges in the amount of $49,845.99. Plaintiff is also entitled to interest in the amount of $2,076.90, liquidated damages in the amount of $9,969.20, and costs and attorneys fees in the amount of $3,444.66 (Declaration of Damages, Charles Langone, ¶3; Affidavit of Catherine M. Campbell, ¶ 3). The total amount due is $65,366.35.

4. Defendant is neither an infant nor an incompetent person nor in the military service of the United States.

WHEREFORE, Plaintiff's Motion for Entry of a Default Judgment should be granted.

Dated: December 19, 2005                Respectfully submitted,

                                        Catherine M. Campbell, Esquire
                                        BBO# 549397
                                        Feinberg, Campbell & Zack, P.C.
                                        177 Milk Street
                                        Boston, MA 02109

                                        /s/ Catherine M. Campbell
                                        Attorney for Plaintiff,
                                        Charles Langone

Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Les Rosen, President, Moskowitz Motor Transportation, Inc., 1293 Norwich Road, Plainfield, CT 06374 and Moskowitz Motor Transportation, PO Box 427 Jewell City, CT 06351.

Date: December 19, 2005                 /s/ Catherine M. Campbell
                                        Catherine M. Campbell

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>  Plaintiff,<br><br>v.<br><br>MOSKOWITZ MOTOR TRANSPORTATION, INC.,<br><br>  Defendant, | C.A. No. 05-10021REK |

**JUDGMENT**

A default has been entered against Moskowitz Motor Transportation, Inc. on August 16, 2005, for failing to answer or otherwise defend.

Now, upon application and Declaration of Plaintiff demonstrating that Defendant owes Plaintiff the principal sum of $49,845.99 pursuant to Fund payroll audits for the months of January 2001 through December 2004, late charges in the amount of $29.60, interest in the sum of $2,076.90, liquidated damages in the sum of $9,969.20, and attorneys' fees and costs in the sum of $3,444.66 and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Moskowitz Motor Transportation, Inc. the sum of $65,366.35. Plaintiff maintains its right to audit the payroll records of defendant and seek additional contributions, which may be owed pursuant to that audit.

Dated:_____      _____
                                                                Deputy Clerk