UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOSKOWITZ MOTOR TRANSPORTATION, INC., )<br>)<br>)<br>Defendant, )<br>) | C.A. No. 05-10021REK |

**AFFIDAVIT OF CATHERINE M. CAMPBELL IN SUPPORT
OF AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO
SECTION 502(g)(2) OF ERISA, 29 U.S.C. § 1132(g)(2)**

Catherine M. Campbell deposes and says as follows:

1. I am an attorney associated with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts, the United States District Court for the Northern District of California, the United States Court of Appeals for the First Circuit, the Massachusetts Supreme Judicial Court, and the California Supreme Court. I specialize in litigation under the Employee Retirement Income Security Act of 1974 (ERISA) and the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA). I have acted as legal representative of the New England Teamsters and Trucking Industry Pension Fund ("Pension") for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing collection of pension contributions due and owing the Pension Fund from the Defendant Moskowitz Motor Transportation, Inc. has been 13.75 hours. (See attached detail of fees). Pursuant to financial arrangements made by this office with the Fund, services performed by an attorney in this office for the Fund are charged at the rate of $235.00 per hour for Catherine M. Campbell. Accordingly, the amount of legal fees incurred by the Pension Fund as a result of the work performed by this office is $3,206.25 and the total amount of costs incurred is $238.41.

3. The total of attorneys fees and costs incurred by the Pension Fund are $3,444.66.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19th DAY OF DECEMBER 2005.

/S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Date: 12/12/2005

**Detail Transaction File List**
Feinberg, Campbell & Zack, P.C.

Page: 1

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 200.907 | 12/28/2004 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Preparation of Complaint and Summons<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 12/30/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Edit of Summons and Complaint<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 01/12/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Preparation of service of Complaint<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 02/08/2005 | 7 | A | 1 | 235.00 | 1.25 | 293.75 | Preparation of service for Complaint; Telephone conference with Fund office<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 03/22/2005 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Review of letter sent in response to Complaint; Memo to file<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 04/25/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to employer<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 05/25/2005 | 7 | A | 1 | 235.00 | 1.50 | 352.50 | Review correspondence; Prepare Notice of Default<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 06/08/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Telephone conference with M. Cunningham; Memo to file<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 07/12/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Preparation of Request for Notice of Default<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 08/10/2005 | 7 | A | 1 | 235.00 | 0.25 | 58.75 | Prepare and file Request Notice of Default<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 09/02/2005 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Preparation of Notice of Default; Research regarding location of Rosen<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 09/09/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Research to locate owner of company<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 10/06/2005 | 7 | A | 1 | 235.00 | 1.25 | 293.75 | Research to locate corporation; Conference with Fund office regarding withdrawal liability<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 11/04/2005 | 7 | A | 1 | 235.00 | 3.25 | 763.75 | Research to locate L. Rosen; Telephone conference with Schlink and Munday; Preparation of memo to R. Bushey<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 11/17/2005 | 14 | A | 21 | 210.00 | 1.00 | 210.00 | Review of file; Research on service<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| **Total for Fees** | | | | | Billable | 13.75 | 3206.25 | | |
| **Advances** | | | | | | | | | |
| 200.907 | 01/03/2005 | 7 | A | 114 | | | 150.00 | Filing Fees/ (38) Clerk, US District Court<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 01/04/2005 | 7 | A | 54 | | | 4.42 | Certified Mail Cost - Sent copy of Complaint to Secretary of Treasury<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 01/04/2005 | 7 | A | 54 | | | 4.42 | Certified Mail Cost - Sent copy of Complaint to Secretary of Labor<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 01/04/2005 | 7 | A | 117 | | | 7.10 | Courier/Messenger Service (1115) City Express to US District Court<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 02/28/2005 | 7 | A | 128 | | | 18.07 | United Parcel Service/Overnight Delivery to Les Rosen on 02/16/2005<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 09/30/2005 | 7 | A | 134 | | | 9.50 | Online Computer Research Charges via locateplus.com during the month of September 05<br>New England Teamsters & Trucking Industry<br>Moskowitz Motor Trans. | ARCH |
| 200.907 | 10/10/2005 | 7 | A | 134 | | | 24.95 | Online Computer Research Charges via knowx.com | ARCH |

Date: 12/12/2005

**Detail Transaction File List**
Feinberg, Campbell & Zack, P.C.

Page: 2

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Advances** | | | | | | | | | |
| | | | | | | | | New England Teamsters & Trucking Industry Moskowitz Motor Trans. | |
| 200.907 | 11/03/2005 | 7 | A | 134 | | | 19.95 | Online Computer Research Charges via knowx.com | ARCH |
| | | | | | | | | New England Teamsters & Trucking Industry Moskowitz Motor Trans. | |
| **Total for Advances** | | | | | Billable | 0.00 | 238.41 | | |

**GRAND TOTALS**

Billable   13.75   3444.66

rdl

Monday 12/12/2005 11:12 am