UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
                                                               Plaintiff, )
                                                               ) C.A. No. 05-10021REK
v. )
                                                               )
MOSKOWITZ MOTOR TRANSPORTATION, )
INC., )
                                                               )
                                  Defendant, )

## DECLARATION OF DAMAGES AND TAXABLE COSTS

Charles Langone, being first duly sworn, deposes and says:

1. I am employed as the Fund Manager of the New England Teamsters and Trucking Industry Pension Fund (hereinafter the "Fund") located at One Wall Street, Burlington, MA 01803.

2. Moskowitz Motor Transportation, Inc. was a contributing employer to the Fund pursuant to collective bargaining agreements with Teamsters Local Union 493 and the Fund's Agreement and Declaration of Trust.

3. In accordance with 29 U.S.C. §1132(g)(2), the Defendant owes to the Fund the following:

    a. Delinquent contributions and interest pursuant to Fund payroll audits in the amount of $49,845.99 for the period of January of 2001 through December of 2004.

    b. Late charges for the month of March 2004 in the amount of $29.60.

    c. Interest accrued on the audits in the amount of $2,076.90 calculated at a rate of 5% per annum, compounded monthly, pursuant to the Fund's Agreement and Declaration of Trust;

    d. Liquidated damages in an amount equal to the greater of either the amount of interest (i.e. $2,076.90) or liquidated damages of twenty percent (20%) of the principal (i.e. $9,991.32.)

    e. Reasonable attorneys fees and costs in the amount of $3,444.66.

4. Based on the foregoing, the Defendant owes the Fund a total of $65,388.47.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15th DAY OF DECEMBER, 2005.

_____
Charles Langone

Then personally appeared before me Charles Langone, who under oath did swear that the above affidavit is true to the best of his knowledge and belief.

_____
Joanne L. Mason
Notary Public
My commission expires:

Joanne L. Mason
Notary Public
My Commission Expires
November 20, 2009