## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
                                   )
       Plaintiff,           )
                                   )    C.A. No. 05-10021REK
v.                                 )
                                 )
MOSKOWITZ MOTOR TRANSPORTATION, )
INC.,                                )
                               )
       Defendant,         )

## JUDGMENT

A default has been entered against Moskowitz Motor Transportation, Inc. on August 16, 2005, for failing to answer or otherwise defend.

Now, upon application and Declaration of Plaintiff demonstrating that Defendant owes Plaintiff the principal sum of $49,845.99 pursuant to Fund payroll audits for the months of January 2001 through December 2004, late charges in the amount of $29.60, interest in the sum of $2,076.90, liquidated damages in the sum of $9,969.20, and attorneys' fees and costs in the sum of $3,444.66 and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Moskowitz Motor Transportation, Inc. the sum of $65,366.35. Plaintiff maintains its right to audit the payroll records of defendant and seek additional contributions, which may be owed pursuant to that audit.

Dated: 1-18-06

_____
Deputy Clerk

Approved:
Robert Ketter, Senior Judge
1/11/06